**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:   Mukti N. Patel, Esq. (MP4092)
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
(609) 896-3600
Attorneys for Plaintiff Cuisine Innovations, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| CUISINE INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PERFECTION FOODS COMPANY, INC.,<br><br>    Defendant. | Civil Action No. 2:06-cv-4101 (PGS) (ES)<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the plaintiff, Cuisine Innovations LLC, and defendant, Perfection Foods Company, Inc., through their respective undersigned counsel, that any and all claims asserted by any party in the above-captioned action be and the same hereby are **DISMISSED WITH PREJUDICE**, and without cost to any party.

| | |
|---|---|
| s/ Mukti Patel<br>Mukti Patel, Esq.<br>Fox Rothschild, LLP<br><br>Attorneys for plaintiff,<br>Cuisine Innovations LLC<br><br>Dated: June __, 2008 | s/ Robert A. Burke<br>Robert A. Burke, Esq.<br>Blank Rome, LLP<br><br>Attorneys for defendant,<br>Perfection Foods Company, Inc.<br><br>Dated: June __, 2008 |

So Ordered

*Peter G. Sheridan*
8/1/08

LV1 458677v4 07/17/08